1  David L. Hughes   SBN 129411
   BOOTH, MITCHEL & STRANGE LLP
2  Attorneys at Law
   701 South Parker Street, Suite 6500
3  Orange, CA 92868
   714/480-8500   FAX 714/480-8533
4  dlhughes@boothmitchel.com

5  Attorneys for Plaintiff SAFECO INSURANCE
   COMPANY OF AMERICA
6

7
                    UNITED STATES DISTRICT COURT
8
             NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)
9

10

11 | SAFECO INSURANCE COMPANY OF        ) Case No. 5:11-cv-053323 PSG
   | AMERICA, domiciled in Seattle, Washington, )
12 |                                    ) COUNSEL'S REQUEST TO APPEAR
   |             Plaintiff,             ) TELEPHONICALLY AT INITIAL
13 |                                    ) CASE MANAGEMENT
   |   vs.                              ) CONFERENCE  AND  ORDER
14 |                                    )
   | RAISCH COMPANY, a California corporation; ) Date:    1/24/12
15 | DOUGLAS E. RAISCH, an individual,  ) Time:    2:00 p.m.
   |                                    ) Courtroom: 5
16 |             Defendants.            )
                                        )
17

18  TO THE HONORABLE PAUL S. GREWAL:

19       IT IS HEREBY REQUESTED that counsel for plaintiff SAFECO INSURANCE

20  COMPANY OF AMERICA be permitted to appear at the Initial Case Management Conference

21  scheduled for 2:00 p.m. on January 24, 2012, telephonically.  Counsel's office is located in

22  Orange County, California, and is requesting to appear telephonically as a matter of cost and time

23  efficiency.

24  DATED: January  20th , 2012.        BOOTH, MITCHEL & STRANGE LLP

25

26                                      By: /s/ Paul R Howell Jr
                                            DAVID L. HUGHES
27                                          Attorneys for Plaintiff
                                            SAFECO INSURANCE COMPANY OF
28                                          AMERICA

                                        1
(135/DLH-Surety/51481)                          Request for Telephonic Appearance

## **ORDER**

IT IS SO ORDERED.

DATED: January __23__, 2012.

_____
MAGISTRATE JUDGE PAUL S. GREWAL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 701 South Parker Street, Suite 6500, Orange, California 92868.

On January 20, 2012, I served the foregoing document described as **COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** on all interested parties in this action as follows:

Henry G. Rendler
Law Office of Henry G. Rendler
FAX 408/293-4939

( ) BY MAIL: I caused such envelope(s) to be deposited in the mail at Orange, CA. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Orange, California in the ordinary course of business. I am aware that on motion for the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for mailing in affidavit.

(XX) BY FACSIMILE: On January 20, 2012, at approximately 4:00 p.m. I served/transmitted the aforementioned document(s) by facsimile machine telephone number 714/480-8533, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301 and the transmission was reported as complete and without error. Pursuant to Rule 2.306(g)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached hereto.

( ) BY ELECTRONIC TRANSMISSION: On January _____, 2012, at approximately _____ .m. I electronically served the aforementioned document(s) via my computer located at my business address at 701 South Parker Street, Suite 6500, Orange, CA 92856-8155, with the e-mail address of jlcooper@boothmitchel.com , pursuant to California Rules of Court, Rule 2.260. The transmission was reported as complete and without error.

() BY OVERNIGHT MAIL: Pursuant to CCP § 1013.

( ) BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on January 20, 2012, at Orange, California.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(XX) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

JOANNE L. COOPER

(135/DLH-Surety/51481)                                    Request for Telephonic Appearance