1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12   SAFECO INSURANCE COMPANY OF     )        Case No.: C 11-05332 PSG
     AMERICA,                        )
13                                   )        **CASE MANAGEMENT ORDER**
                    Plaintiff,       )
14        v.                         )
                                     )
15   RAISCH COMPANY, ET AL.,         )
                                     )
16                  Defendants.      )
     _____ )

17

18        On January 24, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case

19   management conference.  Based on the parties' Joint Case Management Statement and the

20   discussions held at the case management conference,

21        IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other

22   amendments to the pleadings, is sixty days after entry of this order.

23        IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

24   Federal Rules of Civil Procedure apply.

25        IT IS FURTHER ORDERED that the parties are relieved from participating in court-

26   sponsored mediation at this time.  At this juncture, the parties seek to resolve the case privately. In

27   the event they are unsuccessful or seek to participate on court-sponsored mediation, the parties shall

28   notify the court promptly.

Case No.: C 11-05332 PSG
CASE MANAGEMENT ORDER             1

1    IT IS FURTHER ORDERED that the following schedule shall apply to this case:

2    Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 27, 2012

3    Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . May 11, 2012

4    Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . June 8, 2012

5    Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 22, 2012

6    Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

7    Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . 10:00 a.m. on August 7, 2012

8    Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on August 21, 2012

9    Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on September 10, 2012

10   IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

11   Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

12   of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

13   Pretrial Statement, and all other pretrial submissions.

14   Dated: 2/9/2012

15                                           Paul S. Grewal
                                             _____
                                             PAUL S. GREWAL
16                                           United States Magistrate Judge

17

18

19

20

21

22

23

24

25   _____

       [1]      This is the last date for *hearing* dispositive motions. Any such motions must be noticed
26   in compliance with Civil Local Rule 7-2(a).

27     [2]      A copy of Judge Grewal's standing order is also available on the court's website at
     www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on
     the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's
28   Civil Standing Order."

     Case No.: C 11-05332 PSG
     CASE MANAGEMENT ORDER                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 11-05332 PSG
CASE MANAGEMENT ORDER                3