UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br> v. <br> RAISCH COMPANY, ET AL., <br><br> Defendants. | Case No.: C 11-05332 PSG <br><br> **STANDBY ORDER TO SHOW CAUSE** |

Plaintiff Safeco Insurance Company of America has advised that the case has settled.[1] Accordingly, all pretrial and trial dates are vacated. The parties shall file a stipulation of dismissal no later than November 23, 2012. If a stipulation of dismissal is not filed by that date, the parties shall appear on November 27, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

---

[1] *See* Docket No. 22.

Case No.: C 11-05332 PSG
STANDBY ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED.

Dated:   8/20/2012

                                          PAUL S. GREWAL
                                          United States Magistrate Judge

Case No.: C 11-05332 PSG
STANDBY ORDER TO SHOW CAUSE