1
2
3
4
5
6
7
8

9                            UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11                                    SAN JOSE DIVISION

12

13 | SAFECO INSURANCE COMPANY OF )          Case No.: C 11-05332 PSG
   | AMERICA,                    )
14 |                             )          **STANDBY ORDER TO SHOW**
   |               Plaintiff,    )          **CAUSE**
15 |     v.                      )
   |                             )
16 | RAISCH COMPANY, ET AL.,     )
   |                             )
17 |               Defendants.   )
   |_____)
18

19        Plaintiff Safeco Insurance Company of America has advised that the case has settled.[1]

20 Accordingly, all pretrial and trial dates are vacated.  The parties shall file a stipulation of

21 dismissal no later than November 23, 2012.  If a stipulation of dismissal is not filed by that date,

22 the parties shall appear on November 27, 2012 at 2PM in Courtroom 5, 4th Floor and show cause

23 why the case should not be dismissed.

24        Failure to comply with this Order may result in dismissal of the action pursuant to

25
26
27  ─────────────────────

28    [1]*See* Docket No. 22.

   Case No.: C 11-05332 PSG
   STANDBY ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:   8/20/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-05332 PSG
STANDBY ORDER TO SHOW CAUSE