UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>     Plaintiff,<br>  v.<br><br>RAISCH COMPANY, a California CORPORATION, and DOUGLAS RAISCH, an individual,<br><br>     Defendants. | Case No.: C 11-05332 PSG<br><br>**ORDER CHARGING DEFENDANT'S PARTNERSHIP INTEREST** |

On November 27, 2012, the court granted the parties' stipulation for entry of judgment against Defendants Raisch Company and Douglas Raisch (collectively, "Defendants") in the amount of $298,329.81. On January 16, 2013, Plaintiff Safeco Insurance Company of America ("Safeco") moved for entry of a charging order against non-party partnership AG Raisch, B A Raisch, D E Raisch, D KL dba R&R Farms ("R&R Farms") located at 15581 Toyon Dr., Los Gatos, CA 95030. Third-party Raisch Investment Group, Ltd. ("RIG") filed a non-opposition but noted that it holds a senior judgment against Defendants and a charging order against R&R Farms. On March 5, 2013, Safeco and RIG appeared for hearing, but Defendants did not appear. Having considered the papers and arguments of counsel, the motion is GRANTED.

1

Case No.: 11-5332 PSG
ORDER CHARGING DEFENDANT'S PARTNERSHIP INTEREST

Taken together, California Code of Civil Procedure § 708.310-708.320 and Corporations Code § 16504 allow the court to impose a charging order against the judgment debtor's transferable partnership interest to satisfy any outstanding judgment against the debtor partner.[1] Safeco has submitted declarations from a Santa Clara Superior Court proceeding of both Defendant Douglas Raisch and Bryan Raisch, partner in the general partnership of R&R Farms.[2] While these declarations establish that at least as of August 20, 2012, Douglas Raisch had a 25% partnership interest in R&R Farms, it is unclear as to whether said partnership interest was transferable and whether Douglas Raisch still holds the interest.[3] Without deciding this issue, the court finds it appropriate to impose a charging order on any partnership interest that remains.

Any partnership interest Defendant and judgment debtor Douglas Raisch holds in R&R Farms is hereby charged with the unpaid balance of the judgment entered against Douglas Raisch in favor of Safeco on November 27, 2012, in the sum of $298,329.81 plus interest at the rate of 0.17% per annum calculated from the date of the judgment.[4]

Within 90 days of this order, R&R Farms shall provide to Safeco a written accounting of its assets and liabilities, along with sufficient backup documentation, to allow Safeco a meaningful opportunity to evaluate the financial strength of the partnership.

---

[1] *See U.S. Fid. & Guar. Co. v. The Scott Companies, Inc.*, Case No. 03-5376SBAEMC, 2008 WL 728874, at *1 (N.D. Cal. Mar. 17, 2008).

[2] *See* Docket No. 35.

[3] *See id.*

[4] It is well-established that even in diversity cases, post-judgment interest is determined according to federal law. *See Northrop Corp. v. Triad Int'l Mktg., S.A.*, 842 F.2d 1154, 1155 (9th Cir. 1988). The postjudgment interest rate therefore is calculated in compliance with 28 U.S.C. § 1961 and the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve system for the week of November 23, 2012, which is the week preceding the judgment.

2
Case No.: 11-5332 PSG
ORDER CHARGING DEFENDANT'S PARTNERSHIP INTEREST

IT IS SO ORDERED.

Dated: March 20, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-5332 PSG
ORDER CHARGING DEFENDANT'S PARTNERSHIP INTEREST